1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAY McCOY, | ) Case No.: 1:12cv00983 AWI DLB (PC) |
| Plaintiff, | ) ORDER REGARDING PLAINTIFF'S MOTION TO FILE SUPPLEMENTAL PLEADING (Document 27) |
| v. | ) |
| GONZALES, et al., | ) DIRECTING PLAINTIFF TO CLARIFY WILLINGNESS TO PROCEED ON COGNIZABLE CLAIMS |
| Defendants. | ) |

**TWENTY-ONE DAY DEADLINE**

Plaintiff Joseph Raymond McCoy ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed his complaint on June 19, 2012. He filed a First Amended Complaint on May 10, 2013.

On December 18, 2013, the Court issued an order directing Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed on the cognizable claims.

On January 2, 2014, Plaintiff notified the Court that he was willing to proceed only on the cognizable claims. As a result, the Court issued Findings and Recommendations dismissing certain claims and Defendants on January 9, 2014.

On January 27, 2014, Plaintiff submitted service documents and the Court directed the United States Marshal to serve the First Amended Complaint on Defendants Stronach, Gonzales, LeMay, Beltran, Fisher, Snell and Tann.

On January 30, 2014, despite his prior agreement to proceed on the cognizable claims, Plaintiff filed a Motion for Leave to File a Supplemental Pleading.  Plaintiff states that he wants to amend his complaint to cure the deficiencies in his allegations against Defendants Kelso and Enenmoh.  Plaintiff's motion is inconsistent with his willingness to proceed only on the cognizable claims.

Accordingly, within twenty-one days, Plaintiff shall CLARIFY his intent.  If Plaintiff is willing to proceed on the cognizable claims, he shall notify the Court and the Findings and Recommendations will be adopted and this action will move forward accordingly.  If Plaintiff intends to file an amended complaint, he shall notify the Court and the Findings and Recommendations will be vacated.  **If Plaintiff elects to amend, his amended complaint will be screened in due course and the January 27, 2014, order directing service will be vacated.**

IT IS SO ORDERED.

Dated:   **February 4, 2014**              /s/ *Dennis L. Beck*
                                           UNITED STATES MAGISTRATE JUDGE

2