1
2
3
4
5
6
7

8                              **UNITED STATES DISTRICT COURT**

9                              **EASTERN DISTRICT OF CALIFORNIA**

10

11    JOSEPH RAY McCOY,                    )    Case No.: 1:12cv00983 AWI DLB (PC)
                                           )
12              Plaintiff,                 )    ORDER GRANTING PLAINTIFF'S
                                           )    REQUEST TO WITHDRAW
13         v.                              )    MOTION TO AMEND
                                           )
14    GONZALES, et al.,                    )    (Document 32)
                                           )
15              Defendants.                )
                                           )
16    _____        )

17         Plaintiff  Joseph Raymond McCoy ("Plaintiff") is a state prisoner proceeding pro se and in

18    forma pauperis in this civil rights action.  Plaintiff filed his complaint on June 19, 2012.  He filed a

19    First Amended Complaint on May 10, 2013.

20         On December 18, 2013, the Court issued an order directing Plaintiff to either file an amended

21    complaint or notify the Court of his willingness to proceed on the cognizable claims.

22         On January 2, 2014, Plaintiff notified the Court that he was willing to proceed only on the

23    cognizable claims.  As a result, the Court issued Findings and Recommendations dismissing certain

24    claims and Defendants on January 9, 2014.

25         On January 27, 2014, Plaintiff submitted service documents and the Court directed the United

26    States Marshal to serve the First Amended Complaint on Defendants Stronach, Gonzales, LeMay,

27    Beltran, Fisher, Snell and Tann.

28

                                               1

On February 10, 2014, based on Plaintiff's motion to file an amended complaint, the Court ordered Plaintiff to clarify his intent to proceed only on the cognizable claims.

On February 18, 2014, Plaintiff filed his clarification.  He states that he intends to go forward on the cognizable claims and requests that his motion to amend be withdrawn.

Accordingly, Plaintiff's request to withdraw the motion to amend is GRANTED and the motion to amend (Document 27) is WITHDRAWN.  The Clerk of Court is DIRECTED to term the motion.

IT IS SO ORDERED.

Dated:    **February 19, 2014**                              /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE