# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAYMOND MCCOY,<br><br>  Plaintiff,<br><br>  vs.<br><br>STRONACH, et al.,<br><br>  Defendants. | 1:12-cv-983 AWI DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. Nos. 17, 23) |

Plaintiff Joseph Raymond McCoy ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed his complaint on June 19, 2012. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 9, 2014, the Magistrate Judge issued Findings and Recommendations regarding dismissal of certain claims and Defendants.[1] The Findings and Recommendations were served on Plaintiff and contained notice that any objections to the Findings and Recommendations were to be filed within thirty days. Plaintiff has not filed objections to the Findings and Recommendations.

---

[1] Plaintiff has returned service documents for the cognizable claims and the documents have been forwarded to the United States Marshal for service.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 9, 2014, are ADOPTED in full;
2. This action shall proceed on the Eighth Amendment deliberate indifference claim against Defendants Stronach, Gonzales, LeMay, Beltran, Fisher, Snell and Tann; and
3. All further claims, as well as Defendants Kelso, Enemoh, Piere and Peters, are DISMISSED.

IT IS SO ORDERED.

Dated:   March 20, 2014                                   _____
                                                         SENIOR  DISTRICT  JUDGE