# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAYMOND MCCOY,<br><br>        Plaintiff,<br><br>  vs.<br><br>STRONACH, et al.,<br><br>        Defendants. | 1:12cv00983 AWI DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANTS' MOTION TO REVOKE PLAINTIFF'S IN FORMA PAUPERIS STATUS<br><br>(Document 47) |

Plaintiff Joseph Raymond McCoy ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed his complaint on June 19, 2012. On April 11, 2014, Defendants filed a motion to revoke Plaintiff's in forma pauperis status. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 4, 2014, the Magistrate Judge issued Findings and Recommendations that Defendants' motion be denied. The Findings and Recommendations were served on the parties and contained notice that any objections to the Findings and Recommendations were to be filed within thirty days. Neither party has filed objections.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 4, 2014, are ADOPTED in full;
2. Defendants' motion to revoke Plaintiff's in forma pauperis status (Document 37) is DENIED; and
3. Defendants SHALL file a responsive pleading within fifteen (15) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   July 22, 2014                           _____
                                                 SENIOR DISTRICT JUDGE