IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH RAYMOND MCCOY,**<br><br>                                             Plaintiff,<br><br>            v.<br><br>**J. CLARK KELSO, et al.,**<br><br>                                             Defendants. | Case No. 1:12-cv-00983-AWI-DLB<br><br>**ORDER GRANTING DEFENDANTS' THIRD REQUEST FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(Document 86)** |

   The Court, having considered Defendants' request for a four-day extension of time to respond to Plaintiff's opposition to Defendants' motion for summary judgment for failure to exhaust administrative remedies, and good cause appearing: **IT IS ORDERED** that Defendants have until April 10, 2015, to file and serve their reply to Plaintiff's opposition to Defendants' motion for summary judgment.

IT IS SO ORDERED.

   Dated:   **April 7, 2015**                                /s/ Dennis L. Beck
                                                                    UNITED STATES MAGISTRATE JUDGE