# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAYMOND MCCOY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STRONACH, et al.,<br><br>　　　　Defendants. | ) 1:12cv00983 AWI DLB PC<br>)<br>)<br>) ORDER DENYING PLAINTIFF'S<br>) MOTION FOR COUNSEL AS MOOT<br>)<br>) (Document 111)<br>)<br>)<br>) |

　　　　Plaintiff Joseph Raymond McCoy ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action.

　　　　On September 1, 2015, the Court granted Defendants' motion for summary judgment based on exhaustion and dismissed the action without prejudice.

　　　　Plaintiff filed a "motion for a new trial" on September 16, 2015. The Court denied the motion on October 6, 2015.

///
///
///
///
///

1

On September 25, 2015, Plaintiff filed a motion for the appointment of counsel.  This action is closed and Plaintiff's motion is DENIED AS MOOT.

IT IS SO ORDERED.

Dated:   **October 7, 2015**               /s/ *Dennis L. Beck*
                                      UNITED STATES MAGISTRATE JUDGE