# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAYMOND MCCOY,<br><br>    Plaintiff,<br><br>    vs.<br><br>STRONACH, et al.,<br><br>    Defendants. | ) 1:12cv00983 AWI DLB PC<br>)<br>) ORDER DISREGARDING<br>) PLAINTIFF'S MOTION FOR<br>) RECONSIDERATION BY<br>) CHIEF JUDGE<br>)<br>) (Document 114)<br>) |

    Plaintiff Joseph Raymond McCoy ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action.

    On April 22, 2015, the Court issued Findings and Recommendations to grant Defendants' motion for summary judgment based on exhaustion. The Court adopted the Findings and Recommendations on September 1, 2015, and dismissed the action without prejudice.

    On September 16, 2015, Plaintiff filed a "motion for a new trial" in which he contends that his rights were violated because the Court adopted the Findings and Recommendations without permitting him to "refute" Defendants' reply. The Court denied the motion on October 6, 2015.

    On October 22, 2015, Plaintiff filed another motion questioning this Court's rulings. His motion is entitled, "Motion for Reconsideration by Chief Judge." Plaintiff is informed that there

1

is no such provision for reconsideration by the Chief Judge of this District.  Plaintiff may either request reconsideration by the District Court Judge who dismissed this action, or file his appeal directly the Ninth Circuit.

    Plaintiff's motion is therefore DISREGARDED.

IT IS SO ORDERED.

    Dated:  **October 27, 2015**             /s/ *Dennis L. Beck*
                                                     UNITED STATES MAGISTRATE JUDGE