# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAYMOND MCCOY,<br><br>    Plaintiff,<br><br>vs.<br><br>STRONACH, et al.,<br><br>    Defendants. | 1:12cv00983 AWI DLB PC<br><br>ORDER STRIKING<br>PLAINTIFF'S MOTIONS<br><br>(Documents 120 and 121) |

    Plaintiff Joseph Raymond McCoy ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action.

    Plaintiff filed a notice of appeal on October 26, 2015, and the appeal is currently pending before the Ninth Circuit.

    On November 12, 2015, Plaintiff filed two motions- a motion requesting clarification of a prior ruling and a motion to include this Court's "memorandum of law" in the appellate record.

    These motions are the latest in a string of filings questioning this Court's dismissal.  At this stage, however, Plaintiff's pending appeal divests this Court of jurisdiction over issues involved in the appeal.  Stein v. Wood, 127 F.3d 1187, 1189 (9th Cir.1997).

///

///

1

1 | These motions, either directly or indirectly, continue to question this Court's rulings.  The
motions are therefore STRICKEN from the record.

IT IS SO ORDERED.

Dated:   **November 13, 2015**               /s/ *Dennis L. Beck*
                                                               UNITED STATES MAGISTRATE JUDGE