# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAYMOND MCCOY,<br><br>    Plaintiff,<br><br>v.<br><br>STRONACH, et al.,<br><br>    Defendants. | Case No.: 1:12-cv-000983-AWI-SAB (PC)<br><br>ORDER SETTING INFORMAL TELEPHONIC DISCOVERY CONFERENCE REGARDING PLAINTIFF'S UNFILED MOTION FOR PROTECTIVE ORDER<br><br>[ECF No. 165] |

Plaintiff Joseph Raymond McCoy is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 24, 2019, Defendants filed a request for an informal discovery conference regarding Plaintiff's unfiled motion for a protective order which stayed the taking of his deposition. On the basis of good cause, it is HEREBY ORDERED that:

1. An informal telephonic discovery conference will be held on **October 7, 2019, at 2:30 p.m.**, in Courtroom 9 before the undersigned; and

2. Defense counsel shall arrange for the participation of Plaintiff in the telephonic conference and shall contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672, prior to the hearing date, to receive instructions regarding the conference call.

IT IS SO ORDERED.

Dated: **September 24, 2019**

                                                      UNITED STATES MAGISTRATE JUDGE