**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH RAYMOND MCCOY,<br><br>        Plaintiff,<br><br>    v.<br><br>STRONACH, et al.,<br><br>        Defendants. | Case No.: 1:12-cv-000983-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND THE DISCOVERY DEADLINE TO TAKE PLAINTIFF'S DEPOSITION<br><br>[ECF No. 165] |

    Plaintiff Joseph Raymond McCoy is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On September 24, 2019, Defendants filed a request for an informal discovery conference and to extend the discovery deadline to take Plaintiff's deposition.

    Defendants noticed Plaintiff's deposition to take place on September 12, 2019. (ECF No. 165.) Defendants submitted that on August 22, 2019, they received a motion for a protective order to stay the deposition, but this motion has never been filed with the Court. Defendants stayed the taking of Plaintiff's deposition in light of receipt of the motion for a protective order.

    On October 7, 2019, the Court held a telephonic discovery conference, and Deputy Attorney General William McCaslin appeared on behalf of Defendants and Plaintiff appeared pro per.

///

///

1

On the basis of good cause, the Court HEREBY GRANTS Defendants' request to extend the discovery deadline to take Plaintiff's deposition. The deadline is extended only for the taking of Plaintiff's deposition. In addition, Defendants' request at the hearing to extend the dispositive motion is likewise granted.

Accordingly, it is HEREBY ORDERED that:

1. Defendants' request to extend the discovery and dispositive motion deadlines are GRANTED;
2. Defendants' counsel may re-notice Plaintiff's deposition within **forty-five (45)** days from the date of service of this order;
3. The dispositive motion deadline is extended to January 16, 2020;
4. Plaintiff is required to attend, participate, and cooperate in the deposition; and
5. The failure to comply with this order may result in the imposition of sanctions which may include dismissal of this action.

IT IS SO ORDERED.

Dated: **October 8, 2019**

UNITED STATES MAGISTRATE JUDGE