# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAYMOND MCCOY,<br><br>  Plaintiff,<br><br>  v.<br><br>STRONACH, et al.,<br><br>  Defendants. | Case No.: 1:12-cv-000983-AWI-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S AND DEFENDANTS' MOTIONS TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>[ECF Nos. 211, 215] |

Plaintiff Joseph Raymond McCoy is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to modify the discovery and scheduling order, filed March 2, 2020, an Defendants' motion to modify the discovery and scheduling order, filed March 13, 2020. (ECF Nos. 211, 215.)

Good cause having been presented, it is HEREBY ORDERED that parties' motions to modify the discovery and scheduling order are GRANTED, and the dispositive motion deadline is extended to **May 15, 2020**.

IT IS SO ORDERED.

Dated: __**March 13, 2020**__

UNITED STATES MAGISTRATE JUDGE

1