UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAYMOND MCCOY,<br><br>            Plaintiff,<br><br>    v.<br><br>STRONACH, et al.,<br><br>            Defendants. | Case No.: 1:12-cv-000983-AWI-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER WITHIN TEN DAYS<br><br>[ECF No. 219] |

Plaintiff Joseph Raymond McCoy is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 5, 2020, Plaintiff filed a motion for a temporary restraining order to prevent his transfer to a different facility in the midst of the COVID-19 pandemic.

The Court hereby directs Defendants to file a response to Plaintiff's motion within ten days from the date of service of this order, addressing specifically Plaintiff's contention that he may be approved from transfer to a different facility at the end of May, despite his susceptibility to potentially contracting the coronavirus.

IT IS SO ORDERED.

Dated:   **May 6, 2020**

                                                                        UNITED STATES MAGISTRATE JUDGE

1