# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAYMOND MCCOY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STRONACH, et al.,<br><br>　　　　Defendants. | Case No.: 1:12-cv-000983-AWI-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE<br><br>[ECF No. 217] |

Plaintiff Joseph Raymond McCoy is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to extend the dispositive motion deadline, filed on April 24, 2020.  On May 6, 2020, Defendants filed a statement of non-opposition to Plaintiff's motion.

On the basis of good cause, it is HEREBY ORDERED that the dispositive motion deadline is extended to **June 29, 2020**.

IT IS SO ORDERED.

Dated:   **May 7, 2020**　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1