# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAYMOND MCCOY,<br><br>    Plaintiff,<br><br>    v.<br><br>STRONACH, et al.,<br><br>    Defendants. | Case No.: 1:12-cv-000983-AWI-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE<br><br>[ECF No. 233] |

Plaintiff Joseph Raymond McCoy is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to extend the dispositive motion deadline, filed on June 23, 2020. On June 25, 2020, Defendants filed a statement of non-opposition to Plaintiff's motion. (ECF No. 224.)

Good cause having been presented, it is HEREBY ORDERED that the dispositive motion deadline is extended to **August 13, 2020**.

IT IS SO ORDERED.

Dated:  **June 26, 2020**

_____
UNITED STATES MAGISTRATE JUDGE

1