# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAYMOND MCCOY,<br><br>    Plaintiff,<br><br>    v.<br><br>STRONACH, et al.,<br><br>    Defendants. | Case No.: 1:12-cv-000983-AWI-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S FOURTH MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE<br><br>(ECF No. 243) |

    Plaintiff Joseph Raymond McCoy is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

    Currently before the Court is Plaintiff's *fourth* motion to extend the dispositive motion deadline, filed August 3, 2020.  On August 6, 2020, Defendants filed a statement of non-opposition. (ECF No. 244.)

    Based on the allegations in Plaintiff's motion, the Court will extend the dispositive motion deadline only to **August 31, 2020**.  However, no further extensions of time will be granted, given this is Plaintiff's fourth request and Plaintiff has had ample time to prepare and file a dispositive motion as evidenced by the various other filings he has filed.

IT IS SO ORDERED.

Dated:  **August 7, 2020**

                                             UNITED STATES MAGISTRATE JUDGE