UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAYMOND MCCOY,<br><br>  Plaintiff,<br><br>  v.<br><br>STRONACH, et al.,<br><br>  Defendants. | Case No.: 1:12-cv-000983-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTIONS FOR TEMPORARY RESTRAINING ORDER<br><br>[ECF Nos. 219, 225, 240] |

Plaintiff Joseph Raymond McCoy is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 20, 2020, the Magistrate Judge issued Findings and Recommendations recommending that Plaintiff's motion for a temporary restraining order be denied. (ECF No. 225.) The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen days. (*Id.*) Plaintiff filed objections on June 8, 2020. (ECF No. 227.) On July 16, 2020, Plaintiff filed another motion for temporary restraining order which is a verbatim copy of the motion filed on May 20, 2020. (ECF No. 240.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

1

Based on the foregoing, it is HEREBY ORDERED that:

1. The Findings and Recommendations filed on May 20, 2020, are adopted in full; and
2. Plaintiff's motions for a preliminary injunction, filed on May 5, 2020 and July 16, 2020, are denied.

IT IS SO ORDERED.

Dated: August 10, 2020

SENIOR DISTRICT JUDGE