1

2

3

4

**UNITED STATES DISTRICT COURT**

5

**EASTERN DISTRICT OF CALIFORNIA**

6

JOSEPH RAYMOND MCCOY,

)   Case No.: 1:12-cv-000983-AWI-SAB (PC)

7

Plaintiff,

)
)
)

8

v.

)
)

ORDER DENYING PLAINTIFF'S MOTION TO STAY PROCEEDINGS, AND GRANTING PARTIES EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION

9

STRONACH, et al.,

)
)

10

Defendants.

)   (ECF Nos. 248, 249)

11

)
)

12

     Plaintiff Joseph Raymond McCoy is appearing *pro se* and *in forma pauperis* in this civil rights

13

action pursuant to 42 U.S.C. § 1983.

14

     Currently before the Court is Plaintiff's motion to stay the proceedings, and Defendants'

15

motion for an extension of the dispositive motion deadline, filed August 20, 2020, and August 28,

16

2020, respectively.  (ECF Nos. 248, 249.)

17

     Based on the parties filing, the Court does not find good cause to stay the action.  However,

18

the Court does find good cause to continue the dispositive motion deadline to September 30, 2020.

19

     Accordingly, it is HEREBY ORDERED that the dispositive motion deadline is extended to

20

September 30, 2020.  No further extensions of time will be granted absent extraordinary

21

circumstances, not present here.

22

23

IT IS SO ORDERED.

24

Dated:   **August 31, 2020**

                              

25

UNITED STATES MAGISTRATE JUDGE

26

27

28

1