UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAYMOND MCCOY,<br><br>    Plaintiff,<br><br>    v.<br><br>STRONACH, et al.,<br><br>    Defendants. | Case No.: 1:12-cv-000983-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE<br><br>(ECF No. 257) |

Plaintiff Joseph Raymond McCoy is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to extend the dispositive motion deadline, filed September 30, 2020.

Good cause having been presented, it is HEREBY ORDERED that the dispositive motion deadline is extended to October 14, 2020.

IT IS SO ORDERED.

Dated:  **October 1, 2020**

UNITED STATES MAGISTRATE JUDGE

1