**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH RAYMOND MCCOY,<br><br>              Plaintiff,<br><br>       v.<br><br>STRONACH, et al.,<br><br>              Defendants. | Case No.: 1:12-cv-000983-AWI-SAB (PC)<br><br>ORDER GRANTING, IN PART, DEFENDANTS'<br>MOTION TO EXTEND THE DISPOSITIVE<br>MOTION DEADLINE<br><br>(ECF No. 261) |

Plaintiff Joseph Raymond McCoy is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to extend the dispositive motion deadline, filed October 14, 2020.

Based upon review of Defendants' motion and the fact that they have received several prior extensions of time, it is HEREBY ORDERED that the dispositive motion deadline is extended to **October 21, 2020**.  No further extensions of time will be granted absent extraordinary circumstances, not present here.


IT IS SO ORDERED.

Dated:   **October 14, 2020**

_____
UNITED STATES MAGISTRATE JUDGE