UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAYMOND MCCOY,<br><br>        Plaintiff,<br><br>    v.<br><br>STRONACH, et al.,<br><br>        Defendants. | Case No.: 1:12-cv-000983-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER<br><br>(ECF Nos. 241, 242) |

    Plaintiff Joseph Raymond McCoy is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

    On July 22, 2020, the Magistrate Judge issued Findings and Recommendations recommending that Plaintiff's motion for a temporary restraining order be denied. (ECF No. 242.) The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen days. (*Id.*) Plaintiff filed objections on August 14, 2020. (ECF No. 247.)

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

///

1

Based on the foregoing, it is HEREBY ORDERED that:

1. The Findings and Recommendations filed on July 22, 2020, are adopted in full; and

2. Plaintiff's motion for a temporary restraining order, filed on July 20, 2020, is denied.

IT IS SO ORDERED.

Dated:  October 15, 2020

　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE