1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **EASTERN DISTRICT OF CALIFORNIA**

10

11  JOSEPH RAYMOND MCCOY,                    ) Case No.: 1:12-cv-000983-AWI-SAB (PC)
                                             )
12          Plaintiff,                       )
                                             ) ORDER ADOPTING FINDINGS AND
13      v.                                   ) RECOMMENDATIONS, GRANTING
                                             ) DEFENDANTS' MOTION FOR SUMMARY
14  STRONACH, et al.,                        ) JUDGMENT, AND DIRECTING CLERK OF
                                             ) COURT TO ENTER JUDGMENT
15          Defendants.                      )
                                             ) (Doc. Nos. 267, 280)
16  _____ )

17          Plaintiff Joseph Raymond McCoy is appearing *pro se* and *in forma pauperis* in this civil rights

18  action pursuant to 42 U.S.C. § 1983.

19          On February 4, 2021, the Magistrate Judge issued Findings and Recommendations

20  recommending that Defendants' motion for summary judgment be granted.  (Doc. No. 280.)  The

21  Findings and Recommendations were served on the parties and contained notice that objections were

22  to be filed within twenty-one days.  (*Id.*)  Plaintiff has requested five extensions of time to file

23  objections, all of which the court granted, but he has not filed any objections.  (Doc. Nos. 282, 284,

24  296, 290, 294.)  On September 28, 2021, the court denied plaintiff's sixth request for an extension of

25  time to file objections (Doc. No. 295), noting that Plaintiff was warned that no further extensions of

26  time would be granted, and that "it appears that Plaintiff is simply attempting to stall this case," as he

27  "had seven months from the original deadline to file objections, and Plaintiff failed to describe any

28

                                                1

specific efforts or process he has made in attempting to file objections and/or what specific research or other actions are necessary to file his objections." (Doc. No. 296 at 2.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Findings and Recommendations filed on February 4, 2021, are adopted in full;

2. Defendants' motion for summary judgment filed on October 21, 2020 is granted; and

3. The Clerk of Court shall enter judgment in favor of Defendants.

IT IS SO ORDERED.

Dated:    September 29, 2021                        _____

                                                                   SENIOR  DISTRICT  JUDGE